The order below is hereby signed.

Signed: April 22 2021



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 20-480-ELG |
| | ) | (Chapter 11) |
| EADS, LLC | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER APPROVING FIRST AND FINAL APPLICATION
OF THE VERSTANDIG LAW FIRM, LLC FOR THE ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the First and Final Application of The VerStandig Law Firm, LLC for the Allowance of Compensation and Reimbursement of Expenses (the "Application"), any objections thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, the Application be, and hereby is, GRANTED; and it is further

ORDERED, that Maurice B. VerStandig and The VerStandig Law Firm, LLC's application for expenses and fees in the gross sum of $24,315.15 is APPROVED and RATIFIED; and it is further

ORDERED, that The VerStandig Law Firm, LLC may apply the retainer of $15,000.00, which it is presently holding, against payment of the foregoing approved fees; and it is further

ORDERED, that The VerStandig Law Firm, LLC shall have herein an allowed administrative claim in the amount of $9,315.15, being comprised of $8,967.00 in compensation and $348.15 in reimbursable fees; and it is further

ORDERED, that payment of the allowed chapter 11 administrative claim approved herein is authorized to be made upon approval of the Trustee's Final Report in accordance with the priority scheme set forth in Title 11 of the United States Code.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Former Counsel for EADS, LLC*

Seen and agreed:

/s/ Joshua W. Cox (signed w/ express permission)
Joshua W. Cox, Esq.
Stinson LLP
1775 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006
Joshua.cox@stinson.com
*Counsel for the Chapter 7 Trustee*

Seen:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Ste 650
Alexandria, Virginia 22314
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*

2